```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

DEDRA MILLER,                               )    2:10-CV-00257-ECR-RJJ
                                            )
    Plaintiff,                             )    MINUTES OF THE COURT
                                            )
vs.                                         )    DATE: March 25, 2011
                                            )
SMITH, DEAN & ASSOCIATES, INC.              )
                                            )
    Defendant.                             )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN       Reporter:      NONE APPEARING

Counsel for Plaintiff(s)               NONE APPEARING

Counsel for Defendant(s)               NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On November 5, 2010, Plaintiff filed a motion (#14) for entry of default by the Clerk.

    A corporation may not appear before the Court except through an attorney duly admitted to the bar of the Court.

    The purported answer (#5) filed by Defendant on April 22, 2010 was not signed or filed by such an attorney. An attorney's name is listed on the answer, but the attorney did not sign or file the answer.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant shall have an additional period of fourteen (14) days within which to file an answer in accordance with the rules of the Court as set forth above and to show excusable neglect for having failed to comply with the rules of the Court.

    If Defendant shall fail to comply with this Order, Plaintiff may renew the request to the Clerk for entry of default.

**IT IS FURTHER ORDERED** that Plaintiff's motion (#14) for entry of default is **DENIED** without prejudice.

A copy of this Order shall be mailed by the Clerk to Defendant at 101 Century 21 Drive #107, Jacksonville, Florida 32216.

```
                                    LANCE S. WILSON, CLERK

                                    By      /s/
                                          Deputy Clerk
```